IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WRI PROPERTY MANAGEMENT,
LLC, agent of
MCF Asset Holdings, LP,

    Plaintiff,

    v.

ALECEIA TATE
AND ALL OTHERS,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1120-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is remanded to the Magistrate Court of DeKalb County.

SO ORDERED, this 9 day of June, 2016.

                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge